**Order entered October 8, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01052-CV

**NEELY MOLDOVAN AND ANDREW MOLDOVAN, Appellants**

**V.**

**ANDREA POLITO AND ANDREA POLITO PHOTOGRAPHY, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03069**

## ORDER

The reporter's record is overdue in this accelerated appeal. Appellants' docketing statement, which was filed on September 3, 2015, states appellants requested the reporter's record on August 28, 2015 but had not made payment arrangements. Court reporter Vielica Dobbins did not respond to this Court's September 9, 2015 letter informing her that the record was overdue.

Accordingly, we **ORDER** Vielica Dobbins, official court reporter of the 134th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that appellants have not paid for the reporter's record and have not been found indigent; or (3) written verification that no hearings were recorded. *We notify*

*appellants that if we receive verification they are not indigent and have not paid for the record, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to Vielica Dobbins, official court reporter, 134th Judicial District Court, and to counsel for all parties.

/s/     ELIZABETH LANG-MIERS
          JUSTICE